## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| URSULINE PROVINCIALATE, CENTRAL PROVINCE OF THE UNITED STATES<br><br>VERSUS<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SEVERALLY SUBSCRIBING TO CERTIFICATE NO. AMR 66180-02, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, AND TRANSVERSE SPECIALTY INSURANCE COMPANY | CIVIL ACTION NO.: 3:23-01389<br><br>JUDGE: SDD<br><br>MAGISTRATE: RLB |

## ORDER

Before the Court is Defendants' Motion to Compel Arbitration and Stay the Proceedings,

**IT IS ORDERED** that the Unopposed Motions be **GRANTED** and that all claims asserted in this matter be referred to arbitration as described in the parties' insurance policy. The litigation is hereby **STAYED and ADMINISTRATIVELY CLOSED** pending completion of that process, and the parties are directed to notify the court within seven days of the arbitration's conclusion.

**THUS, DONE AND SIGNED** in Chamber on this   2nd   day of    January   , 2024.

*Shelly D. Dick*

**JUDGE, UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**